BENJAMIN MEAD AND SAMUEL ROGERS, SURVIVING PARTNERS OF LATE FIRM OF SAMUEL TOOKER & CO., *versus* MELVIN DORR.

JOURNAL ENTRIES (1825): *Journal 4:* (1) Rule for judgment *p. 26.
PAPERS IN FILE: (1) Precipe for summons, security for costs; (2) summons, acknowledgment of service; (3) declaration; (4) warrant to confess judgment; (5) cognovit and release of errors; (6) precipe for execution; (7) writ of execution, satisfaction piece; (8) money bond.
*1824–36 Calendar*, MS p. 101. Recorded in *Book B*, MS pp. 505–7.

JOHN McDONELL *versus* FRANÇOIS SAVIGNAC, LEVI COOK, ORVILLE COOK, AND LAURISHE LIEVRE.

JOURNAL ENTRIES (1825–30): *Journal 4:* (1) Motion to dissolve injunction and to dismiss bill *p. 27; (2) continued *p. 74; (3) motion to dissolve injunction and to dismiss bill overruled *p. 110; (4) motion to dissolve injunction *p. 157; (5) motion to take bill as confessed and to confirm injunction *p. 166; (6) continued *p. 215; (7) solicitor's name stricken *p. 222; (8) bill taken as confessed, subpoena ordered *p. 285; (9) solicitor's name stricken *p. 359; (10) abated *p. 390.
PAPERS IN FILE: (1) Petition, allowance of injunction; (2) injunction bond; (3) writ of injunction; (4) writ of subpoena; (5) writ of subpoena and return; (6) precipe to enter name of solicitor; (7) motion to dissolve injunction and to dismiss bill; (8) motion to dissolve injunction; (9) motion to take bill as confessed and for subpoena; (10) motion to take bill as confessed and to confirm injunction.
*Chancery Case* 51 of 1824.

JOHN McDONELL *versus* SMITH KNAPP.

JOURNAL ENTRIES (1825–27): *Journal 4:* (1) Continued *p. 28; (2) death suggested *p. 94; (3) abated *p. 135.
PAPERS IN FILE: (1) Affidavits, petition, and precipe for certiorari; allocatur; (2) writ of certiorari and return; (3) assignment of errors; (4–5) joinder in error; (6) J. P. papers—(a)

precipe for process; (b) summons and return; (c) subpoena; (d) plea of non assumpsit and notice of set off; (e) notice of intention to apply for certiorari; (f) copy of affidavit for certiorari.
*1822–23 Calendar*, MS p. 63.

CALL McALISTER *versus* MICHAEL DOUSMAN.

JOURNAL ENTRIES (1825–26): *Journal 4:* (1) Continued *p. 28; (2) continued *p. 95; (3) motion for time to file declaration *p. 96; (4) rule for nonsuit *p. 97.
PAPERS IN FILE: (1) Precipe for summons; (2) summons and return.
*1822–23 Calendar*, MS p. 97.

JOHN L. LEIB *versus* JAMES S. HERRICK.

JOURNAL ENTRIES (1825–26): *Journal 4:* (1) Continued *p. 28; (2) rule to join in error *p. 96; (3) dismissed *p. 97.
PAPERS IN FILE: (1) Affidavit for certiorari, allocatur; (2) petition for certiorari; (3) precipe for certiorari; (4) writ of certiorari and return; (5) assignment of errors.
*1822–23 Calendar*, MS p. 99.

JAMES GALLAGHER *versus* WILLIAM G. TAYLOR. . . . .

JOURNAL ENTRIES (1825): *Journal 4:* (1) Remand, procedendo *p. 28.
PAPERS IN FILE: (1) Precipe for habeas corpus.
*1822–23 Calendar*, MS p. 114.